**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1907**

———————

DREAMA GOUGE, d/b/a Lifestyle Furniture,
Incorporated,

                                        Plaintiff - Appellant,

        versus

PENN AMERICA INSURANCE COMPANY,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-04-1083-2)

———————

Submitted: January 19, 2006          Decided: January 24, 2006

———————

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dreama Gouge, Appellant Pro Se. Ancil Glenn Ramey, Angela D.
Herdman, STEPTOE & JOHNSON, Charleston, West Virginia; Anders W.
Lindberg, STEPTOE & JOHNSON, Huntington, West Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dreama Gouge appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gouge v. Penn America Ins. Co., No. CA-04-1083-2 (S.D.W. Va. July 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED